**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BROOKE SEACRIST and CHARLES SEACRIST, Individually and on behalf of JAXSON SEACRIST** | : : : : | **CIVIL ACTION** |
| **v.** | : : | |
| **SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE** | : : | **NO. 11-6268** |

# ORDER

    **AND NOW**, this 14th day of December, 2011, upon consideration of the Plaintiff's Motion to Remand (Document No. 8), the defendant's response, and after oral argument, it is **ORDERED** that the motion is **GRANTED**, and this matter is **REMANDED**, pursuant to 28 U.S.C. § 1447(c), to the state court from which it was removed.


   /s/Timothy J. Savage
   TIMOTHY J. SAVAGE,  J.